STEVEN G. KALAR
Federal Public Defender
Northern District of California
DAVID RIZK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:         David_Rizk@fd.org

Counsel for Defendant CALIX-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN CALIX-MARTINEZ,<br><br>Defendant. | **Case No.:** CR 19–397 SI (JSC)<br><br>**UNAPPOSED APPLICATION AND [PROPOSED] ORDER RE: PERMISSION TO LEAVE HALFWAY HOUSE ON NOVEMBER 16, 2019**<br><br>**Court:**         Courtroom 4, 17th Floor |

Defendant Christian Calix-Martinez applies for the Court's permission to leave the halfway house on Saturday, November 16, 2019, to go to dinner with his girlfriend for her birthday from 4 p.m. to 7 p.m. Specifically, he proposes to go directly from the halfway house to the Cheesecake Factory, located at 251 Geary Street in San Francisco, for dinner and then return to the halfway house immediately afterward. He will check in with Pretrial upon his return. Mr. Calix-Martinez has not had any pretrial or halfway house violations since his release.

United States Pretrial and the government have no opposition to the proposed request.

\\

\\

|  | Respectfully Submitted, |
|---|---|
| November 14, 2019<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
|  | /S/<br>DAVID RIZK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

|  |  |
|---|---|
| Dated | JACQUELINE SCOTT CORLEY<br>United States Magistrate Judge |