1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  JOSEPH TARTAKOVSKY (CABN 282223)
   Assistant United States Attorney
5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102-3495
          Telephone: (415) 436-7320
7         Fax: (415) 436-7234
          jospeh.tartakovsky@usdoj.gov
8
   Attorneys for United States of America
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,          ) CASE No. CR 19-0397 SI
                                        )
14 |       Plaintiff,                   ) **NOTICE OF SUBSTITUTION OF COUNSEL**
                                        )
15 |    v.                              )
                                        )
16 | CHRISTIAN CALIX-MARTINEZ, and      )
   | CHRISTOPHER SWIFT,                 )
17 |                                    )
   |       Defendants.                  )
18

19      The United States Attorney's Office hereby files this Notice of Substitution of Counsel to advise

20 the Court that Assistant United States Attorney Joseph Tartakovsky appears in this matter in substitution

21 of AUSA Daniel Pastor.  Future ECF notices should be sent to Assistant United States Attorney

22 Tartakovsky with the following contact information:

23         Joseph Tartakovsky
           450 Golden Gate Avenue, Box 36055
24         San Francisco, CA 94102
           Telephone:  (415) 436- 7320
25

26 AUSA Daniel Pastor should be removed from the list of persons to be noticed.

27

28
   NOTICE OF SUBSTITUTION OF COUNSEL         1                                       v. 11/1/2018
   CR 19-0397 SI

| | | |
|---|---|---|
| 1 | DATED:       August 14, 2020 | Respectfully submitted, |
| 2 | | DAVID L. ANDERSON |
| 3 | | United States Attorney |

_/s/ Joseph Tartakovsky_____
JOSEPH TARTAKOVSKY
Assistant United States Attorney

NOTICE OF SUBSTITUTION OF COUNSEL        2        v. 11/1/2018
CR 19-0397 SI