UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHRISTIAN CALIX-MARTINEZ,<br>Defendant. | Case No. 19-cr-00397-EXE-1 (SI)<br><br>**ORDER REQUESTING REASSIGNMENT** |

The Court requests that the Clerk reassign this case to another district court judge.

**IT IS SO ORDERED**.

Dated: November 20, 2026

SUSAN ILLSTON
United States District Judge